**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of NEW JERSEY
(State)

Case number (*If known*): _____ Chapter 11

→ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Park Rock Group, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)

   82-059-1998

4. **Debtor's address**

   **Principal place of business**

   930 White Horse Pike

   ABSECON, NJ 08201

   ATLANTIC
   County

   **Mailing address, if different from principal place of business**

   242 NORTH FULLERTON AVENUE
   MONTCLAIR, NJ 07042

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City                              State      ZIP Code

5. **Debtor's website** (URL)     _____

Debtor _____     Case number (*if known*)_____
      *Name*

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ➤ Partnership (excluding LLP) |
| | | ➤ Other. Specify: _____ |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ➤ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ➤ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ➤ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ➤ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ➤ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ➤ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ➤ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ➤ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ➤ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | ___ ___ ___ ___ |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ➤ Chapter 7 |
| | | ➤ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ ♍ Chapter 11. *Check **all** that apply*: |
| | |     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ➤ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ➤ A plan is being filed with this petition. |
| | |     ➤ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ➤ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ➤ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ➤ Chapter 12 |

Debtor _____        Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ↣ No<br>☒ Yes.  District **NEW JERSEY**  When **2/8/2024**  Case number **24-11225**<br>       District _____  When _____  Case number _____<br>                                    MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No<br>↣ Yes.  Debtor _____  Relationship _____<br>       District _____  When _____<br>                                   MM / DD / YYYY<br>       Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>↣ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>↣ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** (*Check all that app*ly.)<br>    ↣ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br>    ↣ It needs to be physically secured or protected from the weather.<br>    ↣ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ↣ Other _____<br><br>    **Where is the property?** _____<br>                   Number       Street<br>    _____<br>    _____  _____  _____<br>    City                               State ZIP Code<br><br>    **Is the property insured?**<br>    ↣ No<br>    ↣ Yes.  Insurance agency _____<br>           Contact name   _____<br>           Phone           _____ |

▬ **Statistical and administrative information**

Debtor _____    Case number (*if known*)_____
      Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>→ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49<br>→ 50-99<br>→ 100-199<br>→ 200-999 | → 1,000-5,000<br>→ 5,001-10,000<br>→ 10,001-25,000 | → 25,001-50,000<br>→ 50,001-100,000<br>→ More than 100,000 |
| **15. Estimated assets** | → $0-$50,000<br>→ $50,001-$100,000<br>→ $100,001-$500,000<br>→ $500,001-$1 million | ☒ $1,000,001-$10 million<br>→ $10,000,001-$50 million<br>→ $50,000,001-$100 million<br>→ $100,000,001-$500 million | → $500,000,001-$1 billion<br>→ $1,000,000,001-$10 billion<br>→ $10,000,000,001-$50 billion<br>→ More than $50 billion |
| **16. Estimated liabilities** | → $0-$50,000<br>→ $50,001-$100,000<br>→ $100,001-$500,000<br>→ $500,001-$1 million | ☒ $1,000,001-$10 million<br>→ $10,000,001-$50 million<br>→ $50,000,001-$100 million<br>→ $100,000,001-$500 million | → $500,000,001-$1 billion<br>→ $1,000,000,001-$10 billion<br>→ $10,000,000,001-$50 billion<br>→ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/23/2024
                MM / DD / YYYY

✘ **/S/ FRANK MURADOV**                                                          FRANK MURADOV
   Signature of authorized representative of debtor                       Printed name

   Title MANAGING MEMBER

Debtor _____  Case number (*if known*)_____
      Name

**18. Signature of attorney**

✗ /S/CHRISTOPHER S. MARTONE
    Signature of attorney for debtor

Date 5/23/2024
    MM / DD / YYYY

CHRISTOPHER S. MARTONE
MARTONE & ASSOCIATES, LLC
2500 LEMOINE AVENUE
FORT LEE, NJ 07024
201-944-5004
MARTONELAW@GMAIL.COM
BAR ID: 015142006     NEW JERSEY